170 A.3d 305

KEAN FEDERATION OF TEACHERS, JAMES CASTIGLIONE, AND VALERA HASCUP, PLAINTIFFS–RESPONDENTS, v. ADA MORELL, DEFENDANT, AND BOARD OF TRUSTEES OF KEAN UNIVERSITY, AND KEAN UNIVERSITY, A BODY CORPORATE AND POLITIC, DEFENDANTS–APPELLANTS.

June 29, 2017

ORDER

It is ORDERED that the motion of the State–Operated School District of the City of Camden and the Trenton Board of Education for leave to appear amicus curiae is granted, limited solely to the brief that accompanied the motion. The parties may serve and file briefs in response on or before July 31, 2017.